# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 4, 2017

153787

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

ARMEN BOLADIAN, BRIDGEPORT MUSIC,
INC., and WESTBOUND RECORDS, INC.,
      Plaintiffs-Appellants,

v

SC: 153787
COA: 324737
Oakland CC: 2014-138753-CZ

JEFFREY P. THENNISCH, THE DOBRUSIN
LAW FIRM P.C. f/k/a DOBRUSIN &
THENNISCH P.C., GREGORY J. REED, and
JANYCE TILMON-JONES,
      Defendants-Appellees.

_____/

     On order of the Court, the application for leave to appeal the April 12, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 4, 2017



Clerk

p0327